**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JESSICA LACHAPPELLE, an individual,

          Plaintiff,

    v.

FORD MOTOR COMPANY, a Delaware Corporation,

          Defendants.

2:24-cv-03452-TLN-AC

*Judge Troy L. Nunley*
*Referred to Hon. Magistrate Allison Claire*

**ORDER GRANTING JOINT STIPULATION TO MODIFY THE DEADLINES IN THE INITIAL PRETRIAL SCHEDULING ORDER (ECF No. 5)**

Action Removed: December 12, 2024

1

## ORDER

Having considered the above Joint Stipulation, the Court hereby grants the parties' request to further amend the Order Setting Pretrial and Trial Schedule as follows:

**Fact Discovery Cutoff**: March 12, 2026
**Expert Witness Disclosures**: May 11, 2026
**Rebuttal Expert Witness Disclosures**: June 10, 2026
**Expert Discovery Cutoff:** September 8, 2026
**Deadline to File Dispositive Motions:** September 8, 2026
**Joint Notice of Trial Readiness:** October 8, 2026

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
Troy L. Nunley
Chief United States District Judge